IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ELNORA OWENS DONALD SMILEY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 1:16-CV-41-WKW ) |
| FOREMOST INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

## **ORDER**

On January 25, 2016, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 4.) Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge is ADOPTED; and

2. This case is DISMISSED for lack of subject matter jurisdiction.

A separate final judgment will be entered.

DONE this 11th day of February, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE